Constantin V. Roboostoff (SBN 69328)
**ROBOOSTOFF & KALKIN**
369 Pine Street, Suite 610
San Francisco, CA 94104
Telephone: (415) 732-0282
Facsimile: (415) 732-0287

Attorneys for plaintiff Sara Wong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA WONG, <br><br> Plaintiff, <br><br> v. <br><br> AUTODESK, INC. LONG TERM DISABILITY PLAN, AETNA LIFE INSURANCE COMPANY, <br><br> Defendants. | Case No. C 07-1001 MMC <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(1); ORDER** |

IT IS HEREBY STIPULATED by and between all parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear its own fees and costs.

///
///
///
///
///
///

Stipulation Of Dismissal
Case No. C 07 1001 MMC

1

1  The parties seek the Court's approval of dismissal of this action with prejudice, through
2  the order listed *infra*.

3  ROBOOSTOFF & KALKIN

5  Date: October 25, 2007

By: /s/
Constantin V. Roboostoff
Attorneys for Plaintiff

7  GORDON & REES LLP

9  Date: October 25, 2007

By: /s/
Tad Devlin
Attorneys for Defendants

12  **IT IS SO ORDERED.**

14  Date: October 26, 2007

The Honorable Maxine M. Chesney
United States District Judge

27  Stipulation Of Dismissal
   Case No. C 07 1001 MMC

28                                          2